```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 64036
   LARRY T TOWNSEND
   VERA MAE TOWNSEND                      CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-2846    SSN XXX-XX-3402

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/18/2005 and was confirmed 02/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED NOT I    NOT FILED           .00          .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER      3991.83        538.92      3991.83
ARONSON FURNITURE         SECURED            2403.00        364.19      2403.00
CENTRIX FINANCIAL         SECURED                .00           .00          .00
CONTINENTAL FURNITURE WE  SECURED            3053.00        460.03      3053.00
COOK COUNTY TREASURER     SECURED             493.58        209.58       493.58
FORD MOTOR CREDIT         SECURED           13975.00       2020.99     13975.00
FORD MOTOR CREDIT         UNSEC W/INTER      4353.03        587.78      4353.03
GMAC MORTGAGE             CURRENT MORTG         .00           .00          .00
GMAC MORTGAGE             MORTGAGE ARRE       144.00           .00       144.00
SAXON MORTGAGE            CURRENT MORTG         .00           .00          .00
SAXON MORTGAGE            MORTGAGE ARRE      1224.00           .00      1224.00
WELLS FARGO AUTO FINANCE  SECURED           14694.00       2219.12     14694.00
ALL SEASONS COMFORT GAUR  UNSEC W/INTER    NOT FILED           .00          .00
E R SOLUTIONS INC         NOTICE ONLY      NOT FILED           .00          .00
AT & T BANKRUPCTY         UNSEC W/INTER    NOT FILED           .00          .00
BANK OF AMERICA NA        UNSEC W/INTER    NOT FILED           .00          .00
CHASE                     UNSEC W/INTER    NOT FILED           .00          .00
VANRU CREDIT              UNSEC W/INTER    NOT FILED           .00          .00
CITIBANK                  UNSEC W/INTER    NOT FILED           .00          .00
LINEBARGER GOGGAN BLAIR   UNSEC W/INTER    NOT FILED           .00          .00
LINEBARGER GOGGAN BLAIR   UNSEC W/INTER    NOT FILED           .00          .00
COMED                     UNSEC W/INTER    NOT FILED           .00          .00
CONSULTANTS ENDOCRINOLOG  UNSEC W/INTER    NOT FILED           .00          .00
HARRIS & HARRIS           UNSEC W/INTER    NOT FILED           .00          .00
MEDICAL IMAGING           UNSEC W/INTER    NOT FILED           .00          .00
KCA FINANCIAL SERVICES    NOTICE ONLY      NOT FILED           .00          .00
MIDTOWN PHYSICIANS        UNSEC W/INTER    NOT FILED           .00          .00
NCO INOVMED               UNSEC W/INTER    NOT FILED           .00          .00
NICOR GAS                 UNSEC W/INTER       469.00         58.19       469.00
KCA FINANCIAL SERVICES    UNSEC W/INTER    NOT FILED           .00          .00
OAK PARK OPEN MRI         UNSEC W/INTER    NOT FILED           .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 64036 LARRY T TOWNSEND & VERA MAE TOWNSEND
```

```
DEP                        NOTICE ONLY    NOT FILED            .00             .00
HARVARD COLLECTION SERVI   UNSEC W/INTER  NOT FILED            .00             .00
PALISADE COLLECTION        UNSEC W/INTER  NOT FILED            .00             .00
RJM PATHOLOGY CONSULTANT   UNSEC W/INTER  NOT FILED            .00             .00
SMILE SUCCESS DENTAL CAR   UNSEC W/INTER  NOT FILED            .00             .00
VILLAGE OF BELLWOOD        UNSEC W/INTER  NOT FILED            .00             .00
VILLAGE OF BELLWOOD        UNSEC W/INTER  NOT FILED            .00             .00
MUNICIPAL COLLECTION SER   UNSEC W/INTER     250.00          33.75          250.00
VILLAGE RADIOLOGY          UNSEC W/INTER  NOT FILED            .00             .00
WEST SIDE PATHOLOGY ASSO   UNSEC W/INTER  NOT FILED            .00             .00
WEST SUBURBAN HEALTH CAR   UNSEC W/INTER  NOT FILED            .00             .00
WEST SUBURBAN HEALTH CAR   UNSEC W/INTER  NOT FILED            .00             .00
WEST SUBURBAN MEDICAL CE   UNSEC W/INTER  NOT FILED            .00             .00
MALCOLM S GERALD & ASSOC   NOTICE ONLY    NOT FILED            .00             .00
ARONSON FURNITURE          UNSEC W/INTER      20.42           2.50           20.42
CITY OF CHICAGO PARKING    UNSEC W/INTER    1200.00         162.00         1200.00
COOK COUNTY TREASURER      SECURED              .00            .00             .00
CENTRIX FINANCIAL          UNSEC W/INTER    7781.30         661.47         7781.30
WELLS FARGO AUTO FINANCE   UNSEC W/INTER        .46            .00             .46
JENNIFER A BLANC DOUGE     DEBTOR ATTY     2,395.00                       2,395.00
TOM VAUGHN                 TRUSTEE                                        4,820.39
DEBTOR REFUND              REFUND                                         2,054.64


       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            70,641.17

PRIORITY                                            .00
SECURED                                       35,986.58
    INTEREST                                   5,273.91
UNSECURED                                     18,066.04
    INTEREST                                   2,044.61
ADMINISTRATIVE                                 2,395.00
TRUSTEE COMPENSATION                           4,820.39
DEBTOR REFUND                                  2,054.64
                  ---------------         ---------------
TOTALS             70,641.17                  70,641.17
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/29/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE


                              PAGE   3
          CASE NO. 05 B 64036 LARRY T TOWNSEND & VERA MAE TOWNSEND